# IN THE COURT OF APPEALS OF IOWA

No. 20-0311
Filed October 6, 2021

**DAVID M. BOGGS,**
        Applicant-Appellant,

**vs.**

**STATE OF IOWA,**
        Respondent-Appellee.
_____

Appeal from the Iowa District Court for Cass County, Jeffrey L. Larson,

Judge.

David Boggs appeals an order denying his motion to extinguish his

restitution obligation. **AFFIRMED.**

Cathleen J. Siebrecht of Siebrecht Law Firm, Des Moines, for appellant.

Thomas J. Miller, Attorney General, and Darrel Mullins, Assistant Attorney

General, for appellee State.

Considered by Mullins, P.J., May, J., and Doyle, S.J.*

*Senior judge assigned by order pursuant to Iowa Code section 602.9206

(2021).

**MAY, Judge.**

David Boggs appeals an order denying his motion to extinguish his restitution obligation. We affirm without opinion. Iowa R. App. P. 6.1203 (a), (d).

**AFFIRMED.**